UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDDIE NELSON | CIVIL ACTION |
| VERSUS | NO. 05-1682 |
| CHET MORRISON DIVING, L.L.C. | SECTION "I" (2) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's Motion to Enforce Settlement, Record Doc. No. 26, is hereby **GRANTED** in that the settlement agreement is enforced. The motion is **DENIED** to the extent it requests an award of attorney's fees and costs.

New Orleans, Louisiana, this ___5th___ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE